# United States District Court

## District of Maryland

RECEIVED
BALTIMORE, MD
2005 APR 13 P 3:35

07-452-M

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

Case No. 04-487M

JEROME C. QUIGLEY

**FILED**

SEP 14 2007

TO: The United States Marshal and any
Authorized United States Officer

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest ___Jerome C. Quigley___ and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him/her with *(brief description of offense)*:

SEE ATTACHED NOTICE OF VIOLATION

in violation of Title __18__ United States Code, Section(s) __3606__

___THOMAS DIGIROLAMO___
Name of Issuing Officer

___MAGISTRATE JUDGE___
Title of Issuing Officer

___MARIE WALBURN___
(By) Deputy Clerk

__April 12, 2005__  __Greenbelt, MD__
Date and Location

Bail fixed at $ ___NO BOND___

by ___Thomas M. DiGirolamo___ (signature)
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 04/13/05 | Name and Title of Arresting Officer William H. Martin DUSM | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 09/14/07 | | |

U.S. DISTRICT COURT (Rev. 12/98)

PROB 12
(Rev. 3/88)

# United States District Court
## for the
### DISTRICT OF MARYLAND

07-452-M

Docket No.: CR-04-487M

U.S.A. vs. Jerome C. Quigley

Petition on Probation

**FILED**

SEP 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW Gregory Martin PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jerome C. Quigley who was placed on supervision for **Driving Under the Influence of Alcohol/Drugs** by the Honorable Thomas M. DiGirolamo, U.S. Magistrate Judge, sitting in the court at Greenbelt, Maryland, on the 19th day of January, 2005 who fixed the period of supervision at **18 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

1. The defendant is instructed to pay a Special Assessment in the amount of $10.00.
2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall attend one (1) Victim Impact Panel.
4. The defendant is instructed to pay a Fine in the amount of $170.00.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

WHEREAS: On February 18, 2005 and March 7, 2005, Mr. Quigley in violation of Standard Condition which states that the defendant shall answer truthfully all inquiries by and follow the directions of the probation officer.

WHEREAS: The defendant is in violation of the Standard Condition which states that he shall notify the probation officer ten days prior to any change of residence or employment.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Jerome C. Quigley for alleged violations of probation or term of supervised release.

ORDER OF COURT
Considered and ordered as prayed this 7th day of April, 2005 and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

Respectfully,

_____
Gregory Martin, U.S. Probation Officer

Place Greenbelt, Maryland

Date March 31, 2005

QUIGLEY, Jerome C.
Violation Report
Page 2

Quigley. There, the defendant's sister Michelle Jones was present. Ms. Jones reported that she has not seen the defendant in several days, but reported that he still resides in her home. Ms. Jones reported that Mr. Quigley received the appointment letter instructing him to report to the U.S. Probation Office in the District of Columbia, on February 28, 2005. U.S. Probation Officer Wright left reporting instructions with Ms. Jones instructing the defendant to report to the U.S. Probation Office in the District of Columbia, on March 7, 2005. Mr. Quigley failed to appear as instructed.

**Adjustment to Supervision/Violations Alleged:**
Based on the above, this officer alleges the following violations of supervision:

1. On February 18, 2005 and March 7, 2005, Mr. Quigley is in violation of the Standard Condition which states that the defendant shall answer truthfully all inquiries by and follow the directions of the probation officer.

   Mr. Jerome C. Quigley failed to follow the instructions of U.S. Probation Officer Lisa Wright, by not reporting to the U.S. Probation Office in the District of Columbia.

2. The defendant is in violation of the Standard Condition which states that he shall notify the probation officer ten days prior to any change of residence or employment.

   Mr. Jerome C. Quigley failed to inform U.S. Probation Officer Lisa Wright of his current residence within a ten day period.

**Recommendation:**
Based on the violations stated above, this Officer concurs with the recommendation of U.S. Probation Officer Lisa Wright, and respectfully requests that a warrant be issued for the arrest of Jerome C. Quigley for alleged violations of probation and the fact that his whereabouts are currently unknown.

I have attached a Form 12 for the Court to execute, should Your Honor concur.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3719.

Mr. Quigley's last known address is

Mr. Quigley was represented at sentencing by Melissa Moore, Office of the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, MD 20770-4510.

The Government was represented at sentencing by Hollis R. Weisman, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Attachment